CONTINUING-LEGAL-EDUCATION MATTERS
Gov.Bar R. X(3) requires all attorneys admitted to the practice of law in Ohio and each attorney registered for corporate status pursuant to Gov.Bar R. VI to complete at least 24 hours of continuing legal education ("CLE"), including two and a half hours related to professional conduct, for each two-year compliance period. Gov.Bar R. X(4) requires attorneys whose last names begin with a letter from A through L to complete the CLE requirements of Gov.Bar R. X on or before December 31 of each odd-numbered year. Gov.Bar R. X(18)(A) provides that an attorney or judge who fails to comply timely with the applicable requirements of Gov.Bar R. X or Gov.Jud.R. IV but does so within 90 days of the December 31 deadline shall be assessed a late fee in accordance with CLE Reg. 503. Gov.Bar R. X(18)(B) provides that an attorney or judge who fails to comply with the applicable requirements of Gov.Bar R. X or Gov.Jud.R. IV shall be notified of noncompliance by the Commission on Continuing Legal Education and that unless the attorney or judge comes into compliance or files evidence of compliance that is satisfactory to the commission on or before the date set forth in the notice, the commission shall issue an order imposing a sanction authorized by Gov.Bar R. X(17) and consistent with CLE Reg. 503.
On December 14, 2018, the commission sanctioned 248 attorneys for noncompliance with the provisions of Gov.Bar R. X. The following attorneys were issued a monetary sanction for not completing the educational hours required by Gov.Bar R. X(3) and not filing evidence of compliance or coming into compliance as required by Gov.Bar R. X(18)(A). The sanction amount displayed in the last column is based on the number and the type of hour deficiency. Name Attorney Number State Amount Joseph Anthony Benavidez 0042447 $ 75.00 Allen OH Ashland OH Belmont OH Brown OH OH Norbert Mark Doellman Jr. 0002122 Butler $225.00 OH OH James Allen Berry 0024082 Clark $150.00 OH OH Clermont OH Clermont OH OH Theodore Alexander Amata 0065658 Cuyahoga $ 75.00 OH OH Joseph Bancsi 0025450 Cuyahoga $150.00 OH OH Autumn Basil 0065790 Cuyahoga $ 75.00 OH 0010238 Cuyahoga $225.00 Stanley Bennett OH Robert Jerome Berk 0001031 Cuyahoga $ 75.00 OH OH OH OH OH OH Charles Steven Butler 0024316 Cuyahoga $ 75.00 OH OH OH OH Liam Joseph Dunn 0092488 Cuyahoga $ 75.00 OH OH OH OH Timothy Paul Haffey 0041438 Cuyahoga $ 75.00 OH OH OH Gladys Elaine Harrison 0016051 Cuyahoga $ 75.00 OH OH OH Nathan John Hudak 0081666 Cuyahoga $ 75.00 OH Teresa James 0031671 Cuyahoga $ 75.00 OH OH OH OH OH OH OH OH OH OH Gary Howard Levine 0025993 Cuyahoga $150.00 OH OH OH Delaware OH Delaware OH James Henry Klein 0006857 $ 75.00 Delaware OH Erie OH Erie OH Fairfield OH Franklin OH Christopher Joseph Allwein 0084914 $ 75.00 Franklin OH Franklin OH Franklin OH Franklin OH Franklin OH Franklin OH Jack C. Butler 0024463 $ 75.00 Franklin OH Franklin OH Franklin OH Franklin OH Franklin OH Franklin OH Franklin OH Franklin OH Franklin OH Franklin OH Franklin OH Franklin OH Franklin OH Franklin OH Franklin OH Franklin OH Franklin OH Franklin OH Nicholas Andrew Horn 0092096 $150.00 Franklin OH Franklin OH Franklin OH Franklin OH Franklin OH Franklin OH Franklin OH Franklin OH OH OH Stanley Jerome Aronoff 0011694 Hamilton $ 75.00 OH Caleb Brown Jr. 0020678 Hamilton $ 75.00 OH OH OH Harold Sol Freeman 0012709 Hamilton $150.00 OH OH Jerome Janson Grogan 0076029 Hamilton $ 75.00 OH James Albert Higgins 0021127 Hamilton $ 75.00 OH OH OH OH OH OH OH Hocking OH Lake OH Paul Brickner 0026246 $150.00 Lake OH Lake OH Lake OH Alfred Vincent Lucas 0027737 $ 75.00 Lake OH OH OH OH OH Terrence Franklin Cloonan 0017262 $ 75.00 Mahoning OH Donald Patrick Leone 0000154 $ 75.00 Mahoning OH Medina OH Montgomery OH Christopher Brady Coulles 0089783 $ 75.00 Montgomery OH Montgomery OH Montgomery OH Montgomery OH Gregory Patrick Garner Montgomery OH Caitlin Elizabeth Lanning 0090718 $ 75.00 Montgomery OH Ottawa OH Charles Ray Burns 0051963 $225.00 Ottawa OH Errol Anthony Can Portage OH Duane Lynn Doyle 0034042 $150.00 Portage OH Portage OH Seneca OH Stark OH Colleen Marie Bonk 0067165 $ 75.00 Summit OH Melissa Renea Cox 0071461 $ 75.00 Summit OH Summit OH Michael David Esposito 0077221 $ 75.00 Summit OH Summit OH Bruce Richard Freedman 0023864 $ 75.00 Summit OH Ruth Ann Gibson 0004701 $ 75.00 Summit OH Jeffery Allen Kaleda 0069149 $ 75.00 Summit OH John Peter Lazar 0009760 $ 75.00 Summit OH Douglas Glenn Leak 0045554 $ 75.00 Summit OH James Martin Brutz 0011144 $ 75.00 Trumbull OH Trumbull OH OH William George Fowler 0005254 Warren $ 75.00 OH 0071311 Warren $150.00 Andrew Paul George OH AZ CO CO CO DC DC Anthony Britt 0037891 FL $225.00 GA IL Brad Aaron Catlin 0083342 $ 75.00 IN David Edgar Davidson 0016543 KY $ 75.00 Laurie Bilz Dowell 0041208 KY $225.00 Christopher Allen Griffin 0076991 KY $ 75.00 MI MI MI MI Bryan Cermak 0037114 $225.00 MI Ari Matthew Charlip 0093185 $ 75.00 MI MI MI MI NC NC NM Sean Alexander Cooke 0088999 $ 75.00 NV NY NY NY NY Adam Grant Anderson PA PA PA PA PA PA PA PA SC SC Vicki Lee Doster 0055693 $300.00 TN Wilbert Byrd 0011315 $225.00 TX TX TX TX UT WV WV On December 14, 2018, the Commission on Continuing Legal Education issued orders imposing monetary sanctions and suspending 39 attorneys for noncompliance with the provisions of Gov.Bar R. X. The following attorneys were sanctioned and suspended for not completing the educational hours required by Gov.Bar R. X(3) and not filing evidence of compliance or coming into compliance as required by Gov.Bar R. X(18)(A). The attorneys were also out of compliance with Gov.Bar R. X for the 2014 and 2016 compliance periods. The sanction amount as displayed in the last column is based on the number and the type of hour deficiency. Name Attorney Number State Amount OH OH Delaware OH Lorain OH Hui Li 82661 $300.00 Montgomery OH Jason Robert Gilbert 74044 KY $300.00 The following attorneys were sanctioned and suspended for not completing the hours required by Gov.Bar R. X(3) and not filing evidence of compliance or coming into compliance as required by Gov.Bar R. X(18)(A).
The attorneys also have not paid prior commission-ordered sanctions issued for noncompliance in the 2016 compliance period. The sanction amount as displayed in the last column is based on the number and the type of hour deficiency. Name Attorney Number State Amount OH OH OH OH OH Alex Jovanovic 21469 Cuyahoga $300.00 OH Franklin OH 19584 $300.00 Mark John Barrett Franklin OH Franklin OH Franklin OH OH OH Licking OH Licking OH OH 31903 $300.00 Norman George Montgomery OH Montgomery OH Montgomery OH OH Stark OH Summit OH Summit OH Summit OH Trumbull OH AZ IA NY Mark Allen Dunn 63922 $300.00 TX Stephany T. Jackson 88952 $300.00 TX Gov.Bar R. X(9)(A) and 14(A) require attorneys newly admitted to the practice of law in Ohio and attorneys newly registered for corporate status pursuant to Gov.Bar R. VI, during their first biennial compliance period, to complete at least 12 hours of new-lawyers-training instruction, including one hour each of professionalism, law-office management, and client-fund management, and nine hours of instruction in one or more substantive-law topics that focus on handling legal matters in specific practice areas. Gov.Bar R. X(4) requires attorneys whose last names begin with a letter from M through Z to comply with the requirements of Gov.Bar R. X on or before December 31 of even-numbered years. Gov.Bar R. X(18)(A) provides that an attorney or judge who fails to comply timely with the applicable requirements of Gov.Bar R. X or Gov.Jud.R. IV but does so within 90 days of the December 31 deadline shall be assessed a late-compliance fee, as established by the commission. Gov.Bar R. X(18)(B) provides that an attorney or judge who fails to comply with the applicable requirements of Gov.Bar R. X or Gov.Jud.R. IV shall be notified of noncompliance by the commission and that unless the attorney or judge comes into compliance or files evidence of compliance that is satisfactory to the commission on or before the date set forth in the notice, the commission shall issue an order imposing a sanction authorized by Gov.Bar R. X(17) and consistent with CLE Reg. 503.
The following attorneys were sanctioned and suspended for not completing the new-lawyers-training requirement as required by Gov.Bar R. X(9)(A) and (14)(A) and not filing evidence of compliance or coming into compliance as required by Gov.Bar R. X(18)(A). Name Attorney Number State OH Franklin OH